UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 24-2721

———————

ARTEM V. GELIS; BHAWAERPATEL; CHRIS WILLIAMS;
ASHOK PATEL; KENNETH GAGNON; MICHAEL CERNY;
ANDRE MALSKE; NICOLE GUY; SUSMAN HEYMAN; DAVID
RICHARDSON; DEBRA P. WARD; GREGORY HEYMAN;
DARRIAN STOVALL; ERIC T. ZINN;  ROBERT MCDONALD;
AMANDA GOREY; JAMES V. OLSON; ALEX MARTINEZ;
STACEY TURNER;  MARIA MEZA

v.

BMW OF NORTH AMERICA, LLC,
                                                              Appellant

———————————————

(N.J. D.C. No.: 2:17-cv-07386)

———————

SUR PETITION FOR REHEARING

———————

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, and ROTH*, Circuit Judges

The petition for rehearing filed by Appellees Artem V. Gelis, et al. in the above-

entitled case having been submitted to the judges who participated in the decision of this

———————

*Judge Roth's Vote is Limited to Panel Rehearing Only.

Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Dated: July 14, 2026
CLW/arr/cc: GSG; BHN; RHS; CJD